IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

02 JAN 29 PM 3:52

CLERK-ALBUQUERQUE

JOSEPH S. COEY

       Plaintiff,

vs.

ALFRED PARKER, TERRY LAUDICK,
JOE CHRISTIAN, NEW MEXICO EDUCATOR'S
FEDERAL CREDIT UNION,

       Defendants.

No. CIV-02-0007 RLP/DJS

### UNOPPOSED MOTION OF DEFENDANT NEW MEXICO EDUCATORS FEDERAL CREDIT UNION TO ALLOW FILING OF AMENDED ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIM

Defendant New Mexico Educators Federal Credit Union ("Defendant NMEFCU"), by and through its counsel of record, Gilkey & Stephenson, P.A., requests that the Court allow it to file an Amended Answer to Second Amended Complaint and Counterclaim in this matter.

As grounds for this Motion, counsel for Defendant NMEFCU states that it seeks only to remove a stray page and correct two typographical errors that were contained in the Answer to Second Amended Complaint and Counterclaim filed on January 3, 2002.

Counsel for Plaintiff concurs in Defendant NMEFCU's request to file an Amended Answer and Counterclaim.

WHEREFORE, Defendant New Mexico Educators Federal Credit Union respectfully requests that the Court allow it to file an Amended Answer to Second Amended Complaint and Counterclaim in this matter.



GILKEY & STEPHENSON, P.A.

By: /s/ Barbara Stephenson
Barbara G. Stephenson
Attorneys for Defendant NMEFCU
P.O. Drawer 25566
Albuquerque, NM 87125
(505) 242-4466
(505) 242-3145 (fax)

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing Unopposed Motion of Defendant New Mexico Educators Federal Credit Union to Allow Filing of Amended Answer to Second Amended Complaint and Counterclaim was served by fax on Plaintiff, in care of his attorney, J. Edward Hollington, J. Edward Hollington & Associates, P.A., 708 Marquette NW, Albuquerque, NM 87102, fax number (505) 843-7027, on this 29th day of January, 2002.

/s/ Barbara Stephenson
Barbara G. Stephenson